USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
NINA OWENS, :
:
                  Plaintiff, :    1:24-cv-5517-GHW
:
       -v- :    <u>ORDER</u>
:
PRICEWATERHOUSECOOPERS LLC, *et al.*, :
:
                Defendants. :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On January 24, 2025, the Court granted Plaintiff and Defendants leave to file motions to stay arbitration and to compel arbitration, respectively. Dkt. No. 35. In that order, the Court reminded the parties that the appropriate standard for reviewing motions to compel or stay an arbitration is the summary judgment standard. *Id.* Specifically, the Court directed the parties to accompany their motions with statements of fact pursuant to Local Rule 56.1. *Id.* On February 7, 2025, Plaintiff filed her motion to stay arbitration with an accompanying memorandum of law and declaration. Dkt. Nos. 38, 39, 40. However, Plaintiff failed to file a statement of facts and accordingly did not cite to a statement of facts in her memorandum of law.

    The Court therefore denies Plaintiff's motion to stay arbitration and the accompanying motion to seal without prejudice. Plaintiff may refile her motions with a statement of facts that comports with Local Rule 56.1 no later than February 17, 2025. Plaintiff's memorandum of law should refer to this statement of facts as needed. The deadline for Defendants to file an opposition is adjourned to March 20, 2025. The deadline for Plaintiff to file a reply is adjourned to April 14, 2025. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 38, 41.

    SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                                         _____
                                                         GREGORY H. WOODS
                                                   United States District Judge