

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2025



MEMORANDUM ENDORSED

Anne L. Clark
(212) 403-7332
aclark@vladeck.com

June 16, 2025

**Via ECF**
The Honorable Gregory H. Woods
United States District Court for the Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007-1312

      Re: <u>Owens v. PricewaterhouseCoopers LLC, No. 1:24-cv-5517-GHW</u>

Dear Judge Woods:

      We represent plaintiff Nina Owens in the above-captioned case. The Court has scheduled the initial Pretrial Conference for July 1, 2025, at 4 p.m. I have a conflict at that time. I have conferred with defendants' counsel, and both sides are available the afternoon of June 30, 2025, or on July 3, 2025, if the Court is available. Additionally, I understand from defendants' counsel that defendants may appeal from Your Honor's June 13, 2025, decision denying the motion to compel arbitration. That notice of appeal is due on or before July 13, 2025. There have been no prior requests to adjourn this conference.

      Respectfully submitted,

      /s

      Anne L. Clark

ALC:hs

cc:     Counsel for defendants (via ECF)

      Application granted. The initial pretrial conference scheduled for July 1, 2025 is adjourned to July 16, 2025 at 3:00 p.m. The deadline for the parties to submit the joint letter and proposed case management plan outlined in the Court's June 13, 2025 order, Dkt. No. 86, is extended to July 9, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 88.

      SO ORDERED.

Dated: June 17, 2025
New York, New York

                                            GREGORY H. WOODS
                                           United States District Judge