

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/2/2025
```

1(212) 318-6046
kennethgage@paulhastings.com

**MEMORANDUM ENDORSED**

July 2, 2025

**Via ECF**

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Nina Owens v. PricewaterhouseCoopers LLC, et al.*, Case No. 1:24-CV-5517-GHW

Dear Judge Woods:

We represent Defendants PricewaterhouseCoopers LLP, PricewaterhouseCoopers Advisory Services LLC, PwC US Consulting LLP, PwC USA LLP, and PwC US Group LLP (collectively referred to herein as "PwC") in the above-referenced matter. We write to request that the Court continue indefinitely the Initial Pretrial Conference scheduled for July 16, 2025. This conference was initially scheduled for July 1, 2025, and has been adjourned once on June 17, 2025, due to a time conflict with Plaintiff Nina Owens's counsel. (*See* ECF 89.) We respectfully move to adjourn this conference, as PwC will file a notice of appeal on or before July 11, 2025.

PwC is appealing this Court's June 12, 2025, Order denying PwC's motion to compel arbitration pursuant to 9 U.S.C. § 16, which permits interlocutory appeals from the denial of a motion to compel arbitration. Accordingly, the Court "must stay its proceedings while the interlocutory appeal on arbitrability is ongoing." *Coinbase, Inc. v. Biekski*, 599 U.S. 736, 740 (2023). The parties conferred, and Plaintiff's counsel does not oppose this request.

Respectfully submitted,

/s/ Kenneth W. Gage

Kenneth W. Gage
of PAUL HASTINGS LLP

KWG

Application granted.  The initial pretrial conference scheduled for July 16, 2025 is adjourned *sine die* in anticipation of Defendants filing a notice of appeal.  The deadline for the parties to to submit the joint letter and proposed case management plan outlined in the Court's June 13, 2025 order, Dkt. No. 86, is extended *sine die*.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 90.

SO ORDERED.

Dated:  July 2, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Paul Hastings LLP  |  200 Park Avenue  |  New York, NY 10166
t: +1.212.318.6000  |  www.paulhastings.com