```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                     :
NINA OWENS,                                   :

                                     Plaintiff,    :                  1:24-cv-5517-GHW

                               -v-                        :                           <u>ORDER</u>

PRICEWATERHOUSECOOPERS LLC, *et al.*,   :

                              Defendants.   :
----------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       On July 11, 2025, Defendants filed a notice of interlocutory appeal of the Court's memorandum opinion and order denying Defendants' motion to compel arbitration. Dkt. No. 92. Because "a district court must stay its proceedings while the interlocutory appeal on arbitrability is ongoing," this case is stayed until further order of the Court. *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 740 (2023). The Clerk of Court is directed to note the stay of this case on the docket.

       SO ORDERED.

Dated: July 11, 2025
       New York, New York

                                                                   _____
                                                                        GREGORY H. WOODS
                                                                     United States District Judge